# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT KILPATRICK, M.D.; AND POKROY MEDICAL GROUP OF NEVADA, LTD.,

Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOSEPH HARDY, JR., DISTRICT JUDGE,

Respondents,

and

SANDRA VALADEZ-SAENZ, INDIVIDUALLY, AS SPECIAL ADMINISRATOR OF THE ESTATE OF ALEXANDRIA ESPERANZA SAENZ, AND AS GUARDIAN OF JONATHAN ALEXANDER SAENZ; AND SUNRISE HOSPITAL AND MEDICAL CENTER, LLC,

Real Parties in Interest.

No. 71551

FILED

DEC 06 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this writ petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-37714

cc: Hon. Joseph Hardy, Jr., District Judge
Alverson Taylor Mortensen & Sanders
Hall Prangle & Schoonveld, LLC/Las Vegas
Atkinson Watkins & Hoffmann LLP
Eighth District Court Clerk